UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

                                    **2ND ORDER OF CONTINUANCE**
    -against-                                        24 Mag. 01534

JOHN TOWERS,

                              Defendant.

------------------------------------------------------------------X

       Adjourned to July 10, 2024 by Judith C. McCarthy, United States Magistrate Judge, having found that the ends of justice served thereby, outweigh the best interest of the public and the defendant in a speedy trial, and that the failure to grant a continuance would be a miscarriage of justice.

Dated:  June 12, 2024
           White Plains, New York

                                                    SO ORDERED:

                                                    _____
                                                    JUDITH C. McCARTHY
                                                    United States Magistrate Judge